UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY KORNFELD,<br><br>        Petitioner,<br><br>   v.<br><br>G. PUENTES,<br><br>        Respondent. | No. 1:19-cv-00263-DAD-JLT (HC)<br><br>**ORDER DIRECTING CLERK OF COURT TO SERVE COURTESY COPY OF PETITION AND FINDINGS AND RECOMMENDATIONS ON OFFICE OF FEDERAL DEFENDER**<br><br>**ORDER GRANTING FEDERAL DEFENDER THIRTY DAYS TO FILE NOTICE OF APPEARANCE AND/OR OBJECTIONS** |

      On February 25, 2019, Petitioner filed a petition for writ of habeas corpus requesting an immediate retroactive adjustment to his good time credits pursuant to the *First Step Act*, Senate Bill 756 (115th), which was signed into law December 21, 2018. After conducting a preliminary review of the petition, on March 1, 2019, the Court issued Findings and Recommendations to dismiss the petition for exhaustion and failure to state a claim.

      Pursuant to General Order No. 595 dated January 9, 2019, the Court ORDERS:

1) The Clerk of Court is DIRECTED to serve a courtesy copy of the petition (Doc. 1) and Findings and Recommendations (Doc. 6) on the Office of the Federal Defender for the Eastern District of California;

///

1

2) The Federal Defender MAY file a Notice of Appearance and Objections to the Findings and Recommendations in this case within thirty days of the date of service of this Order.

IT IS SO ORDERED.

Dated: __**May 9, 2019**__      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE