# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY KORNFELD,<br>　　　　Petitioner,<br><br>　　v.<br><br>G. PUENTES,<br>　　　　Respondent. | Case No. 1:19-cv-00263-DAD-JLT (HC)<br><br>**ORDER CORRECTING ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS ORDER DIRECTING TAFT CORRECTIONAL INSTITUTION TO CEASE COLLECTION OF PAYMENTS IN THIS CASE**<br><br>**ORDER DIRECTING CLERK OF COURT TO RETURN ANY PAYMENTS MADE IN THIS CASE TO PETITIONER** |

On February 25, 2019, Mr. Kornfield filed a petition for writ of habeas corpus along with a motion to proceed in forma pauperis. (Docs. 1, 3.) On February 27, 2019, the Court issued an order granting the motion to proceed in forma pauperis. It has come to the Court's attention that the order mischaracterized the action as a civil rights action pursuant to 42 U.S.C. § 1983, and thus directed the Taft Correctional Institution to collect partial payments from Petitioner's account for the statutory filing fee of $350.00. (Doc. 3.) Petitioner is in fact proceeding with a habeas petition pursuant to 28 U.S.C. § 2241 and therefore not subject to the $350.00 filing fee. Accordingly, the Court ORDERS:

1) The order of February 25, 2019, (Doc. 3), is CORRECTED to reflect that Petitioner is proceeding with a petition pursuant to 28 U.S.C. § 2241;

2) Petitioner is AUTHORIZED to proceed in forma pauperis pursuant to 28 U.S.C. §

1

1915;

3) The order directing Taft Correctional Institution to collect partial payments toward the filing fee in this case is VACATED;

4) Taft Correctional Institution is DIRECTED to cease collection of partial payments in this case;

5) The Clerk of Court is DIRECTED to return to Petitioner any payments collected for the filing fee.

IT IS SO ORDERED.

Dated: **June 6, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE