| | |
|---|---|
| RAY JAN KORNFELD, | No. 1:19-cv-00263-DAD-JLT (HC) |
| Petitioner, | |
| v. | ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AS HAVING BEEN RENDERED MOOT |
| G. PUENTES, | |
| Respondent. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On February 25, 2019, petitioner Ray Jan Kornfeld filed a petition for writ of habeas corpus in this court pursuant to 28 U.S.C. § 2241 and a motion for summary judgment seeking to have his previously imposed federal sentence recalculated and to correct his award of good time credits pursuant to the First Step Act of 2018 (the "Act"), S. 756, 115th Cong. (2018). (Doc. Nos. 1, 2.) On September 11, 2019, petitioner filed a notice of his release from the Bureau of Prisons ("BOP"), indicating that he had been released from BOP custody on August 2, 2019. (Doc. No. 16.) On September 17, 2019, the undersigned issued an order directing petitioner to inform the court whether his petition had been rendered moot by his release from BOP custody. (Doc. No. 17.) Specifically, petitioner was "directed to file supplemental briefing on whether he is seeking to modify the terms of his supervised release pursuant to the Act and whether he may properly do so by way of a § 2241 writ of habeas corpus." (*Id.* at 2.)

/////

1

On September 30, 2019, petitioner responded to the court's September 17, 2019 order and "agree[d] that his challenge to the denial of custodial credits retroactively awarded by the First Step Act is moot to the extent that his petition sought release from prison custody given the fact that he was released on August 2, 2019." (Doc. No. 20 at 1.) Accordingly, the court finds that the petition at issue has been rendered moot by petitioner's release from BOP custody.[1]

For the reasons set forth above,

1. The petition for writ of habeas corpus (Doc. No. 1) is denied as having been rendered moot by petitioner's release from BOP custody;

2. The assigned magistrate judge's pending findings and recommendations (Doc. No. 6) issued on March 1, 2019 are terminated and petitioner's pending motion for summary judgment (Doc. No. 3) is denied as having been rendered moot by petitioner's release from BOP custody; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 1, 2019**

UNITED STATES DISTRICT JUDGE

---

[1] Petitioner notes that he "reserves the right to later seek a reduction in his supervised release term based on his performance on supervision and the failure of the BOP to award him all the good time custody credits he was entitled to under the First Step Act." (Doc. No. 20 at 1.) However, as petitioner notes, "such a claim for relief will be pursued separately, if at all," (*id.* at 2), and therefore has no affect on this order.

2